IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-cv-00161-FL

| | |
|---|---|
| ROSALIND MCCULLERS, ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |
| ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $4,047.90. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has not previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Defendant filed a response, stating that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 4,047.90.

SO ORDERED, this  13th   day of July, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge